## CABLE v. MYERS.

No. 6688.   Opinion Filed September 1, 1914.

(142 Pac. 1114.)

**APPEAL AND ERROR—Presentation for Review.** Rulings of a trial court upon motion cannot be reviewed by this court, unless made a part of the record by bill of exceptions or case-made.

(Syllabus by the Court.)

*Error from Superior Court, Pottawatomie County;*
*George C. Abernathy, Judge.*

Action between W. T. Cable and W. E. Myers. From an order of the court upon motion to retax costs, Cable brings error. Appeal dismissed.

*T. G. Cutlip,* for plaintiff in error.

*R. Park Wyatt,* for defendant in error.

BLEAKMORE, J.   This case presents error from the superior court of Pottawatomie county, and is an appeal from a final order of that court upon the motion of plaintiff in error to retax costs. Attached to the petition in error is a purported transcript of the record. There is neither case-made nor bill of exceptions; and, for these reasons, defendant in error has filed his motion to dismiss this proceeding.

This court has repeatedly held that the rulings of a trial court upon motion cannot be reviewed here, unless such matters are made a part of the record by bill of exceptions or case-made. In *Bruner et al. v. Kansas Moline Plow Co.,* 24 Okla. 158, 103 Pac. 673, it was held:

"The only way that this court may re-examine the taxing of costs in the trial court is on appeal, by means of a bill of exceptions or case-made."

It follows that the motion to dismiss this case should be sustained; and it is so ordered.

All the Justices concur.